No. 890. HENRY A. HOUSE *v.* LAURENCE W. LUELLEN. March 24, 1919. Petition for a writ of certiorari to the

Court of Appeals of the District of Columbia denied. *Mr. C. P. Goepel, Mr. J. J. Darlington* and *Mr. J. D. Sullivan* for petitioner. *Mr. Joseph H. Milans* for respondent.